**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **MICHAEL J. DEE,** | ) |
| | ) |
| **PETITIONER** | ) |
| | ) |
| v. | )   **MISC. NO. 2:15-MC-326-DBH** |
| | ) |
| **STATE OF MAINE,** | ) |
| | ) |
| **RESPONDENT** | ) |

**ORDER ON MOTION FOR RECONSIDERATION**

I have reviewed the petitioner's petition for reconsideration of my October 14, 2015, Order denying him permission to file a declaratory judgment lawsuit against the State of Maine in this federal court. It does not persuade me that my October 14 Order was incorrect. The petition for reconsideration is **DENIED**.

**SO ORDERED.**

**DATED THIS 26TH DAY OF OCTOBER, 2015**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**